**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **SUPERIOR ENERGY SERVICES, LLC,** | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION NO. 09-321-KD** |
| | ) | |
| **BOCONCO, INC., and** | ) | |
| **O'NEAL STEEL, INC.,** | ) | |
| **Defendants.** | ) | |

**ORDER**

This matter is before the Court on the parties' joint Motion to Dismiss pursuant to Rule 41(a)(2) of the <u>Federal Rules of Civil Procedure</u>. (Doc. 15). The parties state that Plaintiff's claims against the remaining Defendant Boconco, Inc.[1] have been settled and that this action should be dismissed with prejudice but that additional time is necessary in order for said parties to consummate the settlement agreement. Accordingly, it is hereby **ORDERED** that the parties' joint Motion to Dismiss, as it relates to Defendant Boconco, Inc., is **GRANTED** and that the above-styled action be **DISMISSED** with prejudice from the active docket of this Court subject to the right of any party to reinstate the action within thirty (30) days of the date of this order should the settlement agreement not be consummated. No other order shall be forthcoming from the Court except upon application by either party for final judgment as prescribed by Rule 58 of the <u>Federal Rules of Civil Procedure</u>. Each party shall bear its own costs, expenses, and attorney fees unless agreed otherwise in the settlement agreement.

**DONE** and **ORDERED** this the **27th** day of **August 2009.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**

---

[1] Plaintiff's claims against Defendant O'Neal Steel, Inc. have already been dismissed. (Doc. 16).