IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| SUPERIOR ENERGY SERVICES, L.L.C. | * | |
| | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | CIVIL ACTION NO. 09-321 |
| | * | |
| BOCONCO, INC., | * | |
| | * | |
| Defendant. | * | |

## MOTION TO REINSTATE ACTION
## AND
## MOTION TO FILE DOCUMENTS UNDER SEAL

COMES NOW Plaintiff, Superior Energy Services, L.L.C. ("Superior"), in accordance with this Court's order of August 27, 2009, and moves this Honorable Court to reinstate this case as to Superior and Defendant BOCONCO, Inc. ("Boconco") for the purpose of hearing Superior's Motion to Enforce Settlement Agreement or in the Alternative to Establish Superior's Title to Certain Property. Superior represents to the Court that a dispute has developed between Superior and Boconco as to the settlement agreement and the personal property at issue, four 175 kw generator sets ("gensets") now in the possession of Thompson Power Systems. Because the reinstatement of this action involves the confidential settlement agreement reached between the parties, Superior, pursuant to Section IIIA of the Administrative Procedures for Filing, Signing, and Verifying Documents by Electronic Means in Civil Cases, moves this Honorable Court to allow its motion to enforce the settlement agreement or establish Superior's title to the gensets, as well as the settlement agreement itself, to be filed conventionally under seal.

WHEREFORE, Superior moves this Honorable Court to allow the reinstatement of this action for the purpose of hearing Superior's motion to enforce the settlement agreement or in the alternative establish Superior's title to the four gensets at issue, and in light of the confidentiality provision of the settlement agreement, allow the filing of Superior's motion, as well as the settlement agreement itself, conventionally under seal.

        Respectfully submitted,

        s/Kenneth A. Watson
        KENNETH A. WATSON (WATSK3123)
        Attorney for Superior Energy Services, LLC

OF COUNSEL:

Jones, Walker, Waechter, Poitevent, Carrère
    & Denègre L.L.P.
Post Office Box 46
Mobile, Alabama 36601
kwatson@joneswalker.com
kreid@joneswalker.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of September, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

Kenneth J. Riemer, Esq.
166 Government St., Suite 100
Mobile, Alabama 36602
kjr@alaconsumerlaw.com)

        /s/Kenneth A. Watson
        KENNETH A. WATSON