**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| **SUPERIOR ENERGY SERVICES, LLC,** )<br>    Plaintiff,                                              )<br>                                                              )<br> v.                                                          )     **CIVIL ACTION NO. 09-321-KD**<br>                                                              )<br> **BOCONCO, INC.,**                             )<br>    Defendant.                                         ) | |

**ORDER**

This matter is before the Court on the Plaintiff's "Response" (Doc. 20) to the Court's September 25, 2009 show cause order (Doc. 19) regarding Plaintiff's "Motion to Reinstate Action" and "Motion to File Documents under Seal" (Doc. 18). In response to the Court's order, Plaintiff asserts that the basis for the Court's subject matter jurisdiction will be diversity, and requests leave of Court to amend its complaint as well as to file the settlement agreement under seal as a supplement to the amended complaint. It is hereby **ORDERED** that Plaintiff is **GRANTED** leave to file an amended complaint in this reinstated action, and further, Plaintiff is **GRANTED** leave to file the relevant settlement documents under seal.

**DONE** and **ORDERED** this the **22nd** day of **October 2009.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**