IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **SUPERIOR ENERGY SERVICES, L.L.C. and MORENO ENERGY INC.** | * * * * | |
| Plaintiffs, | * * | |
| v. | * * | CV-09-321 |
| **BOCONCO, INC. and O'NEAL STEEL, INC.** | * * * | |
| Defendants. | * | |

**DEFENDANT BOCONCO, INC.'S MOTION TO DISMISS
<u>SECOND AMENDED COMPLAINT</u>**

COMES NOW Boconco, Inc. ("Boconco"), and pursuant to Rule 12(b)(6), hereby moves this Court for an order dismissing the claims asserted in Plaintiff Superior Energy Services, LLC's ("Superior") Second Amended Complaint (Doc. 22). As grounds for said motion, Boconco states that Superior has failed to state any claim upon which relief may be granted, as explained in more detail in Boconco's separately filed supporting Legal Memorandum.

    s/Kenneth J. Riemer
KENNETH J. RIEMER (RIEMK8712)
Attorney for Defendant
P.O. Box 1206
Mobile AL 36633
Telephone: (251) 432-9212
Facsimile: (251) 433-7172
Email: kjr@alaconsumerlaw.com

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY this 13th day of November, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send electronic notification to all counsel of record.

                                              s/ Kenneth J. Riemer
                                              KENNETH J. RIEMER