IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| SUPERIOR ENERGY SERVICES, L.L.C., | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | CIVIL ACTION NO. 09-321 |
| | * | |
| BOCONCO, INC. and THOMPSON TRACTOR CO., INC., | * | |
| | * | |
| Defendants. | * | |

**<u>AGREED MOTION FOR EXTENSION OF TIME</u>**

COMES NOW Plaintiff, Superior Energy Services, L.L.C. ("Superior"), and moves this Honorable Court for an extension of time of seven (7) days to file Superior's brief in opposition to Defendant Boconco's Motion to Dismiss Superior's Second Amended Complaint. As grounds in support of this motion it is shown unto the Court:

1. On November 13, 2009, Boconco filed a Motion to Dismiss Superior's Second Amended Complaint. Pursuant to Local Rule 7.1(a) and FRCP 6(a), Superior's brief in opposition would be due on November 30, 2009.

2. Counsel for Superior has a vacation scheduled for the week of Thanksgiving and will be out of town from November 22 through November 29.

3. Superior requests an extension of time of seven (7) days to file its brief in opposition to Boconco's motion, so that Superior's brief would be due on December 7, 2009.

4. Superior's counsel has consulted with Boconco's counsel who has no objection to the granting of this motion.

WHEREFORE, Superior moves this Honorable Court for an extension of time of seven (7) days to file its brief in opposition to Boconco's motion to dismiss, making Superior's brief in opposition due on December 7, 2009.

                Respectfully submitted,


                s/Kenneth A. Watson
                KENNETH A. WATSON (WATSK3123)
                Attorney for Superior Energy Services, LLC

OF COUNSEL:

Jones, Walker, Waechter, Poitevent, Carrère
  & Denègre L.L.P.
Post Office Box 46
Mobile, Alabama 36601
kwatson@joneswalker.com
kreid@joneswalker.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of November, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System and a copy of this will be served by such system upon the following:

Kenneth J. Riemer, Esq.
166 Government St., Suite 100
Mobile, Alabama 36602
kjr@alaconsumerlaw.com

Alex F. Lankford, III, Esq.
Hand Arendall, LLC
RSA Tower
11 N. Water St., Suite 30200
Mobile, AL
alankford@handarendall.com


                /s/Kenneth A. Watson
                KENNETH A. WATSON