IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

**SUPERIOR ENERGY SERVICES, LLC,** :

    **Plaintiff,** :

**vs.** : CA 09-0321-KD-C

**BOCONCO, INC.,** :

    **Defendant.** :

## ORDER

This matter is before the undersigned pursuant to 28 U.S.C. § 636(b)(1)(B) on Defendant's Motion to Dismiss Second Amended Complaint, (Doc. 33) filed November 13, 2009.  In response, Plaintiff has asked for additional time in which to respond. (Doc. 36 filed 11/18/09) After consideration of the record, Plaintiff's motion for additional time is granted.  It's reply to the motion to dismiss is due on **December 7, 2009**. Should the Defendant feel the need to reply to Plaintiff's response, that reply is to be filed not later than **December 14, 2009, at which time the briefing period shall CLOSE**.

**DONE AND ORDERED** this 19th day of November, 2009.

                              s/WILLIAM E. CASSADY
                              UNITED STATES MAGISTRATE JUDGE