IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| SUPERIOR ENERGY SERVICES, L.L.C., | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * CIVIL ACTION NO. 09-321 |
| | * |
| BOCONCO, INC. and THOMPSON TRACTOR CO., INC., | * |
| | * |
| Defendants. | * |

**SUPERIOR'S REPLY TO THOMPSON'S COUNTERCLAIM OF INTERPLEADER**

COMES NOW Plaintiff, Superior Energy Services, L.L.C. ("Superior"), and for its Reply to the Counterclaim in an Action of Interpleader under Rule 22, FRCP and 28 U.S.C. § 1335 filed by Defendant-Counter-Plainitff, Thompson Tractor Co., Inc. ("Thompson"), avers as set forth below. The headings and numbered paragraphs below correspond to the headings and numbered paragraphs of Thompson's counterclaim.

PARTIES AND FACTS

1. Upon information and belief, the allegations of this paragraph are admitted.

2. Upon information and belief, the allegations of this paragraph are admitted.

3. The allegations of this paragraph are admitted, except that Superior is a limited liability company.

4.      It is admitted that Thompson's attorney discussed with Superior's attorney whether Boconco and Superior might agree to a custodian of the subject gensets.  It is admitted that Superior, in part, brought this action based on its title to obtain possession of the subject gensets.  Superior lacks knowledge or information sufficient to form a belief as to the remaining material allegations of this paragraph and the same are therefore denied.

5.      It is admitted that Thompson has no property interest in the subject gensets.  It is admitted that Thompson has held the subject gensets in storage for Superior since approximately August, 2008 without charge; it is denied that Thompson stored the gensets for or on behalf of Boconco.

## TENDER OF DELIVERY OF SUBJECT GENSETS

6.      Superior concurs that the subject gensets should be delivered to a court appointed custodian or such custodian that Superior and Boconco may agree upon, provided that the charges for such storage are reasonable.  Further, Superior would agree for Thompson to be appointed as the custodian.  Superior further concurs that upon delivery of the gensets by Thompson to a custodian, or the Court appointing Thompson as custodian, Thompson should be dismissed from this action without further liability relating to the delivery of the gensets (except that if appointed as custodian Thompson would deliver as ultimately required by the Court); however, the dismissal of Thompson should have no effect as to other obligations or liabilities of Thompson, for example warranty obligations, if any.

7. Superior concurs in Thompson's assertion that it should not be required to act at its peril; however, Superior denies that Thompson lacks information sufficient to determine that Superior is the rightful owner of the gensets at issue.

### AS TO THE PRAYER FOR RELIEF

1. Superior concurs that Thompson should deliver the subject gensets to a custodian appointed by the Court or agreed to by Superior and Boconco, or that Thompson itself should be appointed custodian, and that upon such delivery of the gensets in good condition or Thompson's appointment as custodian, Thompson be dismissed from this action and discharged from liability; however, such dismissal should have no effect as to other obligations or liabilities, for example, warranty obligations, Thompson may have as to the gensets, or its duty to deliver as custodian in accordance with the judgment ultimately entered in this case should it be appointed custodian.

2. It is denied that Thompson is entitled to any additional substantive relief; any award of attorney's fees and costs should be limited to those incurred in interpleading in this particular action and any award of attorney's fees and costs should be made against Boconco and not Superior.

                                                Respectfully submitted,

                                                s/Kenneth A. Watson
                                                KENNETH A. WATSON (WATSK3123)
                                                Attorney for Superior Energy Services, LLC

OF COUNSEL:

Jones, Walker, Waechter, Poitevent, Carrère
     & Denègre L.L.P.
Post Office Box 46
Mobile, Alabama 36601
kwatson@joneswalker.com
kreid@joneswalker.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 20th day of November, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System and a copy of this will be served by such system upon the following:

Kenneth J. Riemer, Esq.
166 Government St., Suite 100
Mobile, Alabama 36602
kjr@alaconsumerlaw.com

Alex F. Lankford, III, Esq.
Hand Arendall, LLC
RSA Tower
11 N. Water St., Suite 30200
Mobile, AL
alankford@handarendall.com

                              /s/Kenneth A. Watson
                              KENNETH A. WATSON