# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

SUPERIOR ENERGY SERVICES,            :
LLC,

      Plaintiff(s),               :

vs.                                  :        CIVIL ACTION 09-0321-KD-C

BOCONCO, INC.,                       :

      Defendant(s).               :


## ORDER

     This cause shall come before the undersigned for a hearing via telephone on

Counter Claimant Thompson Tractor Co., Inc.'s motion  to Appoint Custodian of Subject

Gensets (Doc. 39).  The conference shall originate from the Chambers of the undersigned

on December 17, 2009, at 10:00 a.m.  Counsel for parties are to provide the Court's staff

with a direct telephone number no later than December 16, 2009**.**

     DONE AND ORDERED this 14th day of December, 2009.


                 s/WILLIAM E. CASSADY                          
                 UNITED STATES MAGISTRATE JUDGE