IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| SUPERIOR ENERGY SERVICES, L.L.C., | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * CIVIL ACTION NO. 09-321 |
| | * |
| BOCONCO, INC. and THOMPSON TRACTOR CO., INC., | * |
| | * |
| Defendants. | * |

## REPORT OF PLAINTIFF CONCERNING APPOINTMENT OF THIRD-PARTY CUSTODIAN

COMES NOW Plaintiff, Superior Energy Services, L.L.C. ("Superior"), pursuant to the instructions of the Court during the hearing held on December 17, 2009, and makes this report to the Court concerning the appointment of a third-party custodian for gensets made the subject of this action. Counsel for Superior has contacted potential warehousemen and communicated information concerning the same to counsel for Boconco prior to Christmas. Counsel for Boconco is out of town on a family vacation, but it was anticipated the he would be able to consult via email. However, it now appears that counsel for Boconco is unavailable to communicate by email or otherwise. Accordingly, counsel for Superior cannot report that Superior and Boconco have or have not agreed to the third-party custodian to be appointed by the Court. Based on Superior's contact with potential warehousemen, it is Superior's position that Merchants Transfer Co. should be appointed as the custodian.

                                            Respectfully submitted,

                                            s/Kenneth A. Watson
                                            KENNETH A. WATSON (WATSK3123)
                                            Attorney for Superior Energy Services, LLC

OF COUNSEL:

Jones, Walker, Waechter, Poitevent, Carrère
    && Denègre L.L.P.
Post Office Box 46
Mobile, Alabama 36601
kwatson@joneswalker.com

## CERTIFICATE OF SERVICE

    I hereby certify that on this 31st day of December, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System and a copy of this will be served by such system upon the following:

Kenneth J. Riemer, Esq.
166 Government St., Suite 100
Mobile, Alabama 36602
kjr@alaconsumerlaw.com

Alex F. Lankford, III, Esq.
Hand Arendall, LLC
RSA Tower
11 N. Water St., Suite 30200
Mobile, AL
alankford@handarendall.com

                                            /s/Kenneth A. Watson
                                            KENNETH A. WATSON