IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| SUPERIOR ENERGY SERVICES, L.L.C., | * |
| | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * CIVIL ACTION NO. 1:09-CV-321-KD-C |
| | * |
| BOCONCO, INC. and THOMPSON TRACTOR CO., INC., | * |
| | * |
| | * |
| Defendants. | * |

## ORDER

This matter is before the Court on the request of Thompson Tractor Co., Inc. ("Thompson") for the Court to appoint a custodian to receive the four 175 kw gensets made the subject of this action (Doc. 39), after which Thompson requests it be dismissed from this case. Having conducted a hearing on said request on December 17, 2009, and having subsequently received a report (Doc. 45) from Plaintiff, Superior Energy Services, L.L.C. ("Superior") suggesting the appointment of Merchants Transfer Company as the third party custodian, and having subsequently received communication from Defendant, BOCONCO, Inc.'s ("Boconco") counsel agreeing to the same, the Court hereby grants Thompson's request for appointment of a third party custodian, and further ORDERS, ADJUDGES and DECREES as follows:

1.  Thompson is hereby ordered to deliver the gensets at its place of business in Spanish Fort, Alabama to Merchants Transfer Company of Mobile, Alabama, who is hereby appointed as third party custodian of the subject gensets which are to be stored by said custodian until the disposition of this action and further order of the Court.

Superior and Boconco shall share equally in the cost of the transfer of the gensets from Thompson to the custodian, quoted to be $250, and shall share equally in the monthly storage charge quoted to be $300/month. Superior and Boconco shall pay equal shares of such expenses as incurred.

2. Upon the safe delivery of the gensets by Thompson to the custodian, Thompson shall be dismissed as a party to this action with prejudice; however, this dismissal operates only as to claims actually asserted against Thompson in this action.

3. Thompson is granted leave to request an award of attorney's fees and expenses incurred in this action, provided that any motion seeking such award is filed on or before February 4, 2010. If such motion is made, Superior and Boconco may respond thereto by filing a response by February 18, 2010.

4. The Clerk of the Court is directed to give notice of this order to the custodian as follows: Merchants Transfer Company, c/o Mr. Tom Taul, P.O. Box 487, Mobile, Alabama 36601; (251)457-8691; ttaul@merchantstransfer.com.

DONE and ORDERED this the 20th day of January, 2010.

                                        s/WILLIAM E. CASSADY
                                        UNITED STATES MAGISTRATE JUDGE