IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| SUPERIOR ENERGY SERVICES, L.L.C., | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | CIVIL ACTION NO. |
| | * | 1:09-CV-00321-KD-C |
| | * | |
| BOCONCO, INC. and THOMPSON | * | |
| TRACTOR CO., INC., | * | |
| | * | |
| Defendants. | * | |

**PLAINTIFF'S SUPPLEMENT TO PARTIES' REPORT OF PLANNING MEETING**

COMES NOW Plaintiff, Superior Energy Services, L.L.C. ("Superior"), in accordance with paragraph 18 of the Scheduling Order entered by the Court on January 26, 2010, and makes this supplemental report of the parties concerning ESI discovery. Superior expects that most if not all ESI responsive to discovery requests in this case will be capable of being produced in a printed format. Accordingly, Superior contemplates that a party in possession of ESI responsive to a discovery request will, to the maximum extent practicable, produce the same in a printed format. However, Superior also has propounded a discovery request for the actual production of computers with hard drives, servers, or other forms of ESI and the making of forensically accurate copies thereof so that e-mails, files, and other information, whether deleted or not, may be retrieved. Superior proposes that the party requesting the production of such devices should initially bear the costs thereof, although the same may be taxed in favor of a prevailing party or as a sanction in the event it is shown that

information forensically recovered should have been preserved and produced without the need for forensic recovery thereof.

Done this the 8th day of February, 2010.

Respectfully submitted,

s/Kenneth A. Watson
KENNETH A. WATSON (WATSK3123)

OF COUNSEL:
Jones, Walker, Waechter, Poitevent, Carrere
         & Denegre L.L.P.
Post Office Box 46
Mobile, Alabama 36601
kwatson@joneswalker.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of February, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System and a copy of this will be served by such system upon the following:

Kenneth J. Riemer, Esq.
166 Government St., Suite 100
Mobile, Alabama 36602
kjr@alaconsumerlaw.com

/s/Kenneth A. Watson
KENNETH A. WATSON

2