IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **SUPERIOR ENERGY SERVICES, LLC,** : | |
| : | |
| **Plaintiff,** : | |
| : | |
| vs. : | **CIVIL ACTION 09-00321-KD-C** |
| : | |
| **BOCONCO, INC.,** : | |
| : | |
| **Defendants** : | |

# JUDGMENT

In accordance with the Order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that Defendant Boconco Inc.'s Motion to Dismiss Second Amended Complaint (Doc. 33) is **DENIED.**

**DONE** and **ORDERED** this the **13**th day of **April 2010.**

                                          /s/ Kristi K. DuBose
                                        **KRISTI K. DuBOSE**
                                        **UNITED STATES DISTRICT JUDGE**