IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

SUPERIOR ENERGY SERVICES, LLC,   :

    Plaintiff,   :

vs.   :   CA 09-0321-KD-C

BOCONICO, INC., et al.,   :

    Defendants.

### SUPPLEMENTAL RULE 16(b) SCHEDULING ORDER

After consideration of the parties' joint motion for extension of discovery completion date (Doc. 60), the undersigned finds that same is due to be **GRANTED** and the following supplemental scheduling order is entered pursuant to Fed.R.Civ.P. 16(b):

2.    DISCOVERY COMPLETION DATE. All discovery is to be completed on or before **August 25, 2010. Requests for extension will be viewed with great disfavor and will not be considered except upon a showing (1) that extraordinary circumstances require it and (2) that the parties have diligently pursued discovery.**

For all actions, "completed" means that all depositions have been taken; interrogatories, requests for admissions, and requests for production filed and responded to; physical inspections and testing concluded; physical and mental examinations concluded; and motions to compel filed.

12.    DISPOSITIVE MOTIONS. The Court considers dispositive motions, particularly summary judgment motions, to be appropriate methods for pretrial resolution of claims or defenses, or portions thereof, that do not contain disputed material facts, thus reducing the triable issues. In order to ensure that these issues are presented in sufficient time for the Court to reach a decision prior to trial, the parties **shall** identify those claims or defenses that do not require a trial in a properly-supported dispositive motion, filed not later

than **August 25, 2010.**

The parties' joint motion does not require modification of any other dates set forth in the Rule 16(b) scheduling order entered on January 27, 2010 (Doc. 50).

**DONE** and **ORDERED** this the 28th day of April, 2010.

  s/WILLIAM E. CASSADY
**UNITED STATES MAGISTRATE JUDGE**