IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

SUPERIOR ENERGY SERVICES, L.L.C.,    *
                                     *
                                     *
            Plaintiff,               *
                                     *
v.                                   *      CIVIL ACTION NO. 09-321-KD-C
                                     *
BOCONCO, INC.,                       *
                                     *
            Defendant.               *

## MOTION FOR LEAVE TO FILE SUR-REPLY

COMES NOW Plaintiff, Superior Energy Services, L.L.C., and moves this Honorable Court for leave to file Plaintiff's Sur-reply in Opposition to Defendant's Reply Brief attached hereto and proposed for filing.  By such sur-reply Superior seeks to show the Court that in its reply brief Boconco mischaracterizes and misconstrues the issues and Superior's brief and evidentiary materials filed in opposition to Boconco's motion for summary judgment.

WHEREFORE, Superior moves this Honorable Court to grant it leave to file the attached sur-reply and that the same be deemed filed with the Court.

Respectfully submitted,


s/Kenneth A. Watson
KENNETH A. WATSON (WATSK3123)
Attorney for Superior Energy Services, LLC

{MB012925.1}

OF COUNSEL:

Jones, Walker, Waechter, Poitevent, Carrère
     & Denègre L.L.P.
Post Office Box 46
Mobile, Alabama 36601
kwatson@joneswalker.com

## CERTIFICATE OF SERVICE

     I hereby certify that on this 14th day of October, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System and a copy of this will be served by such system upon the following:


Kenneth J. Riemer, Esq.
166 Government St., Suite 100
Mobile, Alabama 36602
kjr@alaconsumerlaw.com


                           s/Kenneth A. Watson
                           KENNETH A. WATSON