IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| SUPERIOR ENERGY SERVICES, L.L.C., | * | |
| | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | CIVIL ACTION NO. 09-321-KD-C |
| | * | |
| BOCONCO, INC., | * | |
| | * | |
| Defendant. | * | |

## MOTION TO ALTER, VACATE OR AMEND
## AND/OR MOTION TO RECONSIDER

COMES NOW plaintiff, Superior Energy Services, L.L.C. ("Superior"), pursuant

to F.R.C.P. 59(e) and 60(b), and moves this Honorable Court to alter, vacate, or amend

and/or to reconsider the order and judgment, entered on November 12, 2010, granting

defendant Boconco Inc.'s motion for summary judgment and dismissing this case based

thereon. Superior, respectfully, submits that the Court granted Boconco's motion for

summary judgment on a mistaken view of the evidence and on a ground not made the

basis of Boconco's motion for summary judgment. Stated in terms of standards

applicable to the instant motion, Superior respectfully submits this is one of those rare

cases in which the Court has made a clear error of fact and/or law.[1]

Specifically, based on Boconco's assertion that <u>unspecified</u> change orders

"remained outstanding" at the time the parties entered into the settlement agreement,

the Court erroneously concluded "a dispute was ongoing whether Superior had

completely performed its obligation to pay for the removal of the gensets and the

---

[1] <u>See</u>, <u>e.g.</u>, <u>Longcrier v. HL-A Co.</u>, 595 F. Supp. 2d 1218, 1246-47 (S.D. Ala. 2008) (discussing standards applicable to motions to reconsider under F.R.C.P. 59(e) and 60(b)).

retrofit" (as provided in change orders 18 for Hulls 128 and 129); based thereon, the Court erroneously determined the oral agreement relied upon by Superior was executory and therefore merged into the settlement agreement. Court's order at 11-12. However, Boconco's general assertion that Superior "failed to pay for several outstanding change orders," Boconco's brief (Doc 69) at 4 and Bosarge affidavit at para. 15, does not in logic support the conclusion that Superior did not pay for change orders 18 on Hulls 128 and 129.[2] Indeed, in its submissions on summary judgment Boconco never even raises the issue of whether Superior paid for the removal of the gensets and the retrofit work called for in change orders 18 on Hulls 128 and 129. In these circumstances, before dismissing Superior's case on the ground that it had not shown that it in fact paid for the removal of the gensets and the retrofit, the Court should have allowed Superior an opportunity to present evidence thereon.

1.   Boconco's Summary Judgment Materials Contained No Contention or Evidence that Superior Did Not Pay for Change Orders 18 on Hulls 128 and 129 for the Removal of the Gensets and Retrofit.

Boconco's motion proceeds on two grounds – 1) that there was no oral agreement as contended by Superior, and 2) that any such agreement was made "in connection with" the construction contracts for Hulls 128 and 129 therefore any claim based thereon is barred by or merged into the settlement agreement. Boconco' brief (Doc. 69) at 8. As noted above, nowhere in Boconco's motion, briefs, and evidentiary materials is there any assertion or evidence that the oral agreement relied upon by

---

[2] The Court's conclusion in this respect is non sequitur. From the asserted premise "there were outstanding change orders" it does not follow that the relevant change orders number 18 were outstanding.

Superior was executory because Superior did not pay for the removal of the gensets and retrofit work as provided for in change orders 18. In the affidavit of Mr. Bosarge submitted in support of Boconco's motion, Mr. Bosarge merely denies the existence of the verbal agreement relied upon by Superior. Bosarge affidavit at Para. 10. In its order, the Court correctly concluded that for purposes of summary judgment Superior has shown evidence of such an agreement and correctly concluded there is no dispute whether Superior supplied the 300 kw gensets and received no offset against the purchase price of Hulls 128 and 129 for the 175 kw gensets at issue. Court's order at 11. However, contrary to the Court's conclusion, Boconco likewise did not dispute whether Superior paid for change orders 18 on Hulls 128 and 129 providing for the removal of the gensets and retrofit. Rather, in his affidavit, Mr. Bosarge merely states that at the time Hulls 128 and 129 were delivered and when the settlement agreement was entered into "Superior had failed to pay for several outstanding change orders and other items and there was a dispute regarding what was owed," and that Boconco "generated invoices for those amounts." Bosarge affidavit at para. 15. Again, there is no assertion by Mr. Bosarge that the alleged "several outstanding change orders" included change orders 18 for the removal of the gensets and the retrofit work.

Likewise, in its reply brief Boconco does not contend that Superior did not pay for the removal of the gensets and the retrofit work called for in change orders 18 and therefore the oral agreement relied upon by Superior was executory. Indeed, in footnote 3 Boconco asserts that "[t]he change orders referenced by Superior demonstrate only that Boconco billed Superior for the labor and materials expended in removing the generators," and then goes on to assert that "the change orders and the

other documents referenced by Superior are <u>immaterial</u> because any claim arising from these events 'relates to' the vessel construction and has been, therefore, released." Boconco's reply brief (doc. 73) at 5 n.3 (emphasis added). Obviously, having been confronted by Superior's submission of these change orders in opposition to Boconco's motion – as evidence that Boconco itself generated documents consistent with the oral agreement relied upon by Superior – Boconco's reply brief logically would be the appropriate place for Boconco to contend that Superior did not pay for those change orders. Boconco did not raise that issue, and instead, sought to dismiss those change orders as "immaterial." As will be shown below, that is because Superior in fact paid for those change orders.

    2.    <u>Superior Should Have Been Allowed an Opportunity to Address an Issue of Interest to the Court But Which was Not Made the Basis of Boconco's Motion.</u>

It is widely recognized that the non-movant is not required to address an issue not made the basis of the movant's motion for summary judgment and that the trial court should not grant a motion for summary judgment on a ground not raised in the motion without giving the non-movant notice and an opportunity to be heard on that issue. As observed in <u>John Deere Co., v. American National Bank, Stafford</u>, 809 F. 2d 1192 (5th Cir. 1987):

> Since the district court relied on grounds not advanced by the moving party as a basis for granting summary judgment, and did not give proper notice to the Bank [sic] before granting judgment on such grounds, its judgment cannot be upheld on appeal. This Court has strictly applied the procedural safeguards of Fed. R. Civ. P. 56. and has therefore held the district court may not grant summary judgment <u>sua sponte</u> on grounds not requested by the moving party. Since the district court's grant of summary judgment is not based on grounds advanced by the Bank, and no opportunity was given to John Deere to respond, we must reverse.

Similarly, in Edwards v Honeywell, Inc., 960 F. 2d 673, 674 (7th Cir. 1992), the Court reversed summary judgment which had been entered on grounds not raised in the motion:

> Honeywell never raised the causation ground in support of its motion for summary judgment. As such, Mrs. Edwards was not required to present evidence sufficient to raise an issue of material fact as to whether Honeywell's alleged negligence caused her husband's death; for its part, the district court was precluded from granting summary judgment on that ground.

See also Brobst v. Columbus Services International, 761 F. 2d 148, 154 (3rd Cir. 1985) ("A sua sponte grant of summary judgment should be avoided. . . . [A] court may not dispose of the case on the merits without giving the opposing party a reasonable opportunity to present to the court material relevant to the dispositive issue."); Sealey v. Giltner, 116 F. 3d 47, 52 (2nd Cir. 1997) (reversing, in part, summary judgment because "[t]he magistrate judge raised the Sandin question sua sponte and without notice to the parties. A party has no obligation to respond to grounds that the moving party does not raise in a summary judgment motion."); Lee v. City and County of San Francisco, 203 F. 3d at 831, 1999 W.L. 1072270 at *6 (9th Cir. 1999) (reversing, in part, grant of summary judgment on ground not raised in defendant's motion and holding that "the losing party always must have had a full and fair opportunity to ventilate the issues on which summary judgment is granted."); Blackledge v. Alabama Department of Mental Health and Mental Retardation, 2007 W.L. 3124452 at *10 (M.D. Ala. 2007) ("When a party moves for summary judgment on ground A, his opponent is not required to respond to ground B – a ground the movant might have presented but did not.").

In the instant case, the Court's non sequitur view of the evidence – that Boconco's assertion that at the time of the settlement agreement there were "several

outstanding change orders" of necessity meant change orders 18 for Hulls 128 and 129 were outstanding — lead the Court to conclude that the oral agreement relied upon by Superior was executory and therefore merged into the settlement agreement, although Boconco had never contended that the oral agreement was executory. Under the authorities cited above, before dismissing Superior's claims based on that issue, the Court should have allowed Superior to present evidence thereon.

3.     <u>Superior Paid for Change Orders 18 on Hulls 128 and 129 for the Removal of the 175 KW Gensets and the Retrofit Work for the 300 KW Gensets.</u>

As shown by the affidavit of Dwayne Boudreaux and exhibit A thereto filed herewith, had Boconco raised the issue of whether Superior paid for change orders 18 on Hulls 128 and 129, or Superior had notice that the Court was considering basing its ruling on that issue, Superior would have presented substantial evidence showing that it in fact paid for change orders 18 on Hulls 128 and 129, among many others. Specifically, the affidavit of Mr. Boudreaux and exhibit A thereto shows that on January 5, 2009, Kenny Bosarge emailed to Mr. Boudreaux numerous change orders which Mr. Bosarge stated were the "Agreed Changes." Exhibit A further reflects Superior's consideration of the change orders and that on January 6, 2009, Superior approved and by wire transfer made payment to Boconco in the amount of $950,387.62. Exhibit A includes a list of the change orders totaling the amount of the payment and shows that <u>among the change orders paid were change order 18 for Hull 128 and change order 18 for Hull 129, each in the amount of $31,680.00.</u> As previously shown to the Court in Exhibit B to the affidavit of Mr. Boudreaux filed with Superior's opposition, the amounts stated in change orders 18 on Hulls 128 and 129 were in fact $31,680.00, and thus the

evidence clearly shows that Superior paid for the removal of the 175kw gensets and the retrofit work to install the 300kw gensets called for in these change orders.[3]  The conclusive nature of this evidence shows the Court why Boconco could not and therefore did not raise the issue of whether Superior paid for the removal of the gensets and retrofit work as a basis for its summary judgment motion.  Again, rather than asserting that the oral agreement relied upon by Superior was in some respect executory, Boconco merely asserted that such agreement was never made.  Superior respectfully submits that before the Court dismissed its case on the ground that the oral agreement relied upon by Superior was executory, based on the erroneous conclusion that Superior had not paid for the removal of the 175kw gensets and the retrofit work, Superior should have been given an opportunity to present the evidentiary materials filed herewith. [4]

In accordance with the foregoing, Superior respectfully moves this Honorable Court to reconsider and/or alter, vacate, or amend its order and judgment granting Boconco's motion for summary judgment and dismissing Superior's claims.

---

[3] The wire transfer payment made on January 6, 2009 also included change orders 17 on Hulls 128 and 129, each in the amount of $110,000.00, for the "main panel change" to accommodate the 300 kw gensets.

[4] In the event the Court is of the view that counsel for Superior should have filed these materials previously, Superior respectfully submits that other standards for relief from judgment are applicable. At the very least, the Court's order shifted the focus from whether an oral agreement existed as contended by Superior and disputed by Boconco, to whether each element thereof had been performed which was a matter never disputed by Boconco. In these circumstances, Superior's counsel's mistake or neglect to file the attached evidentiary materials was excusable and/or the Court based on equitable considerations and to avoid manifest injustice should consider the same and vacate the summary judgment. See, e.g., In re Powe, 281 B.R. 336, 343-44 (S.D. Ala. 2001) (Court has discretion to admit further evidence on summary judgment).

{MB015693.1}                                                         7

Respectfully submitted,

s/Kenneth A. Watson
KENNETH A. WATSON (WATSK3123)
Attorney for Superior Energy Services, LLC

OF COUNSEL:

Jones, Walker, Waechter, Poitevent, Carrère
      & Denègre L.L.P.
Post Office Box 46
Mobile, Alabama 36601
kwatson@joneswalker.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of December, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System and a copy of this will be served by such system upon the following:

Kenneth J. Riemer, Esq.
166 Government St., Suite 100
Mobile, Alabama 36602
kjr@alaconsumerlaw.com

s/Kenneth A. Watson
KENNETH A. WATSON

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| SUPERIOR ENERGY SERVICES, L.L.C., | * | |
| | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | CIVIL ACTION NO. 09-321-KD-C |
| | * | |
| BOCONCO, INC., | * | |
| | * | |
| Defendant. | * | |

## AFFIDAVIT OF DWAYNE BOUDREAUX

State of Louisiana
Parish of Jefferson

I, Dwayne Boudreaux, being duly sworn do depose and say as follows:

1.     My name is Dwayne Boudreaux.  I am over the age of twenty-one (21) years and a resident of LaFourche Parish, Louisiana.  I am employed by Superior Energy Services, L.L.C. ("Superior").  At all times material hereto, I was Director of Operations for Superior.  In that capacity I was one of Superior's representatives who worked directly with representatives of Boconco in the construction of four lift boats known as Hulls 128, 129, 130, and 131.  As a result, I have personal knowledge of the matters stated herein.

2.     Attached hereto as Exhibit A are numerous change orders on Hulls 128 and 129 (and two change orders on Hulls 130 and 131), emails relating thereto, and a wire transfer receipt reflecting payment therefore by Superior to Boconco. Kenny Bosarge of Boconco forwarded the attached change orders to me by email on January

5, 2009 as the "Agreed Changes." Along with other representatives of Superior and Mike Deballion of Moreno Energy I reviewed these changes orders and recommended payment therefore. As shown in the wire transfer receipt, on January 6, 2009, Superior paid to Boconco the amount of $950,387.62 for these change orders. The change orders paid by this wire transfer included change orders 18 on Hulls 128 and 129, entitled "Removal and Replacement of Generators Change," each in the amount of $31,680.00, for the removal of the 175 kw gensets and retrofit work needed to install the 300 kw gensets supplied by Superior. Also included in the wire transfer payment was payment for change order 17 on Hulls 128 and 129, entitled "Main Panel Change," each in the amount of $110,000.00, to change the main electrical panel to support the 300 kw gensets.

3.      Consistent with the oral agreement made between Superior and Boconco concerning ownership of the four 175 kw gensets removed from Hulls 128 and 129, Superior purchased and supplied the 300 kw gensets, received no offset against the purchase price of Hulls 128 and 129 for the 175s not used in the construction thereof, and as shown in Exhibit A attached hereto paid for the change orders for the removal of the 175s kw gensets and retrofit work needed to install the 300 kw gensets.

Further affiant saith not.

_____
Dwayne Boudreaux


Sworn to and subscribed before me this the $\underline{8}$ day of $\underline{Dec}$ , 2010.

_____

NOTARY PUBLIC, STATE OF LOUISIANA
PARISH OF ORLEANS
My Commission Expires:_____

GEORGE S. RUPPENICKER
NOTARY PUBLIC
NOTARY ID NUMBER: 39615
JEFFERSON PARISH, LA
MY COMMISSION IS ISSUED FOR LIFE

3

Close browser when finished viewing report.



```
                        Report Filter
   From Date          : 01/06/2009
   To Date            : 01/06/2009
   From Amount        : 950387.62
   To Amount          : 950387.62
   From Account       : All-Accounts
   Template ID        : All Templates
   Status             : All Status
```

KAD
1/6/09

```
                     Cardinal Services, Inc.
                   Whitney National Bank   (01)
                    Electronic Banking System
                    Money Transfer Detail Report
                Printed on 01/06/2009 at 13:42:19 CST


   Transfer Number      Type    Template ID   Value Date
   ------------------   -----   -----------   ----------
   WNB-60167            NRep    NON154BA      01/06/2009
   Sender's Amount                          : 950,387.62   (Debit)
   Beneficiary's Amount                     : 950,387.62   (Credit)
   Exchange Rate: 1.00000000     MathRule: Multiply    Deal Nbr:
   Sender Account                           : 0071312154B
   Sender Name                              : Superior Energy Services Blocked Acct.
   Sender Currency                          : USD
   Payment Method                           : WBFEDOUT
   Beneficiary Account                      : 5120023437
   Beneficiary Name                         : Boconco Inc
   Beneficiary Currency                     : USD
   Beneficiary Address 1                    : 14530 Shell Belt Road Bayou La
   Beneficiary Address 2                    : Batre, AL 36509-2353
   Beneficiary Bank ABA                     : 053100850
   Beneficiary Bank Name                    : RBC Centura Bank
   Beneficiary Bank Address 1               : 1417 Centura Hwy.
   Beneficiary Bank Address 2               : Rocky Mount, NC 27804-5402
   Correspondent Bank ABA                   :
   Correspondent Bank Name                  :
   Correspondent Bank Address 1             :
   Correspondent Bank Address 2             :
   Intermediary Bank ABA                    :
   Intermediary Bank Name                   :
   Intermediary Bank Address 1              :
   Intermediary Bank Address 2              :
   Originating Bank ABA                     : 065000171
   Originating Bank Name                    : Whitney National Bank
   Originating Bank Address 1               : 228 St. Charles Ave.
   Originating Bank Address 2               : New Orleans, LA 70130-2615
   Additional Information                   : Payment for change orders: 131-01,
                                              128-08 thur 128-19; 128-21 thru
                                              128-23; 129-08 thru 129-19; 129-21
                                              thru 129-23; 130-01
   Bank to Bank Information                 :
   By Order Of Information                  : Superior Energy Services, LLC
                                              Marine-Wireline Division
                                              5801 Hwy. 90 E.
```



EXHIBIT
A

```
                                    Broussard, LA  70518-5914
Advice Charges                    : Waived
Status                            : Confirmed
Transaction Number                : 20090060104900
Date Confirmed                    : 01/06/2009 13:33:30
Remark 1                          : 03 Transaction Accepted
Remark 2                          : 03 Transaction Processed IMAD:    20090106L1LFB59C000230
Entered By                        : DELCAMBR
Entry Time                        : 01/06/2009 12:56:46 CST
Approved By                       : PELLERIN
Date Approved                     : 01/06/2009 13:14:09 CST
Approved By                       :
Date Approved                     :
```

REPORT TOTALS

WNB - USD - U.S. Dollar

| Type | Number | Outgoing Amount | Incoming Amount |
|------|--------|-----------------|-----------------|
| Repetitive | 0 | 0.00 | 0.00 |
| Non Repetitive | 1 | 950,387.62 | 0.00 |
| Total | 1 | 950,387.62 | 0.00 |

Close browser when finished viewing report.

Copyright 1997-2006. Whitney Bank. Member FDIC. All rights reserved.

WEBLink version 4.1

## Delcambre, Kristine

| From: | Pertuit, Melissa |
|---|---|
| Sent: | Tuesday, January 06, 2009 10:55 AM |
| To: | Pellerin, Stephanie |
| Cc: | Teague, Jeff; Tipper, Susan; Wiltz, Cheryl; Delcambre, Kristine; Boudreaux, Dwayne |
| Subject: | Boconco, Inc. FW: change orders |
| Attachments: | Change Order 131-01- Generator Package Change.doc; Change Order 128-08 - Radiator Height Change.doc; Change Order 128-09- Water Maker Buffer Tank Change.doc; Change Order 128-10 - Guard Rail, Sling & Rigging Storage Change.doc; Change Order 128-11 - Lounge Conversion Change.doc; Change Order 128-12 - Pilot House Head Change.doc; Change Order 128-13 - Ballast Tank Conversion Change.doc; Change Order 128-14 - Zero Discharge Tanks Change.doc; Change Order 128-15- Galley Door Change.doc; Change Order 128-16- Walk Way Around Tower Change.doc; Change Order 128-17- Main Panel Only Change.doc; Change Order 128-18- Removal and Replacement of Generators Change.doc; Change Order 128-19- Water Maker Size Change.doc; Change Order 128-21- Dirty Oil Pump Change.doc; Change Order 128-22- Additional Steam Table Change.doc; Change Order 128-23- General Vessel Change.doc; Change Order 129-08 - Radiator Height Change.doc; Change Order 129-09- Water Maker Buffer Tank Change.doc; Change Order 129-10 - Guard Rail, Sling & Rigging Storage Change.doc; Change Order 129-11 - Lounge Conversion Change.doc; Change Order 129-12 - Pilot House Head Change.doc; Change Order 129-13 - Ballast Tank Conversion Change.doc; Change Order 129-14 - Zero Discharge Tanks Change.doc; Change Order 129-15- Galley Door Change.doc; Change Order 129-16- Walk Way Around Tower Change.doc; Change Order 129-17- Main Panel Only Change.doc; Change Order 129-18- Removal and Replacement of Generators Change.doc; Change Order 129-19- Water Maker Size Change.doc; Change Order 129-21- Dirty Oil Pump Change.doc; Change Order 129-22- Additional Steam Table Change.doc; Change Order 129-23- General Vessel Change.doc; Change Order 130-01- Generator Package Change.doc |

Please wire a total of $950,387.62 US dollars to Boconco for the attached change order invoices that are summarized below.

| Document Total | PO Reference/Invoice |
|---|---|
| $56,100.00 | 131-01 |
| $48,927.00 | 128-08 |
| $5,650.00 | 128-09 |
| $12,600.00 | 128-10 |
| $16,200.00 | 128-11 |
| $8,250.00 | 128-12 |
| $62,400.00 | 128-13 |
| $4,200.00 | 128-14 |
| $5,032.21 | 128-15 |
| $30,965.00 | 128-16 |
| $110,000.00 | 128-17 |
| $31,680.00 | 128-18 |
| $13,281.60 | 128-19 |
| $11,653.00 | 128-21 |
| $16,872.00 | 128-22 |
| $41,383.00 | 128-23 |
| $48,927.00 | 129-08 |
| $5,650.00 | 129-09 |
| $12,600.00 | 129-10 |
| $16,200.00 | 129-11 |
| $8,250.00 | 129-12 |
| $62,400.00 | 129-13 |

1/6/2009

| | |
|---|---|
| $5,032.21 | 129-15 |
| $4,200.00 | 129-14 |
| $30,965.00 | 129-16 |
| $110,000.00 | 129-17 |
| $31,680.00 | 129-18 |
| $13,281.60 | 129-19- |
| $11,653.00 | 129-21 |
| $16,872.00 | 129-22 |
| $41,383.00 | 129-23 |
| $56,100.00 | 130-01 |

TOTAL $950,387.62

Please let me know if you have any questions.

Thank you,

*Melissa Pertuit*
Accounting Manager
Superior Energy Services, LLC
Marine Division
504.367.0858 Ext. 4630
Cell 504.289.1264

---

**From:** Hardy, Charles
**Sent:** Monday, January 05, 2009 5:02 PM
**To:** Boudreaux, Dwayne; Bergeron, Jason; Teague, Jeff; Michael Debaillon
**Cc:** dmilke@morenoenergy.com
**Subject:** RE: change orders

Approved

Do we have conf call in morning?

Regards,

*Charles M. Hardy*
Executive Vice President

**Marine Services Division**
**Superior Energy Services, LLC**
2917 Oliva Road
New Iberia, LA 70560
Office: 337-364-9704
Cell: 504-451-8700
Fax: 337-367-0958

**From:** Teague, Jeff
**Sent:** Monday, January 05, 2009 4:22 PM
**To:** Pertuit, Melissa
**Subject:** FW: change orders


Jeff Teague

Controller - Marine Division
Superior Energy Services, LLC
1215 Peters Road
Harvey, Louisiana 70058
Office: 504-367-0858
Cell: 504-289-0320

**From:** Boudreaux, Dwayne
**Sent:** Monday, January 05, 2009 4:14 PM
**To:** Bergeron, Jason; Teague, Jeff; Michael Deballlon; Hardy, Charles
**Cc:** dmilke@morenoenergy.com
**Subject:** FW: change orders

Jason and Charlie,
Mike, Gary and I have gone through the attached change orders for Hulls 128,129,130 and 131 and have approved the attached changes. Some of the amounts have been adjusted and Change Order # 20 for both vessels have been deleted. We have a total of $419,093.81 X 2 for hulls 128 and 129. We also have $56,100 X 2 for hulls 130 and 131 for engine upgrades.

We will still have 8 flood light that have been added and 6 dump valves to the preload tanks. On the dump valves, the spec only called for 2 and we have 8. As for the lighting we added larger lights and added additional lights to the cabin and leg towers.

Please approve and have Jeff wire the funds to Boconco.

Thanks,
Dwayne

**From:** Kenny G. Bosarge [mailto:kenny@boconco.com]
**Sent:** Mon 1/5/2009 3:40 PM
**To:** Boudreaux, Dwayne; Michael Debaillon
**Subject:** change orders

Agreed Changes.

1/6/2009



## CHANGE ORDER

Hull: 131

Change Order: 01

Date: 29, Dec 2008

Customer: MORENO ENERGY, INC.

### GENERATORS ENGINE PACKAGE CHANGE

DESCRIPTION:

- Generator units only, this does not include wire/system changes.

COST:

Original units cost:................................................$ 76,750.00 ea.
   Total ........................................................$ 153,500.00 ea.
   New unit cost: ..........................................$ 209,600.00 ea.

Total Cost of Change:.............................................$ 56,100.00 ea.

SCHEDULE IMPACT:

This change adds (time to approve drawings from A.B.S. And U.S.C.G. only) days to the contractual delivery date. The new delivery date is _____.

NOTES:     Payment is due on approval by Customer.

Customer Signature:                    Builder Signature:

_____          _____
Michael J. Debaillon                    Wannan W. Bosarge, Jr.
MORENO ENERGY, INC.                     BOCONCO, INC.



**BOCONCO**

INCORPORATED

# CHANGE ORDER

Hull:  128

Change Order:  08

Date:  27 May 2008

Customer:  MORENO ENERGY, INC.

## RADIATOR HEIGHT CHANGE

### DESCRIPTION:

Raise the radiators from the main deck to the 01 level. Changed exhaust height and vent height raised above new radiator level, added complete deck around radiators and hand railing. Removed and replaced (2) radiators from system. Changed penetrations from main deck level to new heights.

### COST:

Total cost of change ................................................$ 48,927.00

### SCHEDULE IMPACT:

This change adds (time to approve drawings from A.B.S. And  U.S.C.G. only) days to the contractual delivery date.  The new delivery date is _____.

NOTES:      Payment is due on approval by Customer.

Customer Signature:                            Builder Signature:

_____        _____
Michael J. Debaillon                                  Wannan W. Bosarge, Jr.
MORENO ENERGY, INC.                              BOCONCO, INC.



# CHANGE ORDER

Hull: 128

Change Order: 09

Date: 29, Dec 2008

Customer: MORENO ENERGY, INC.

## WATER MAKER BUFFER TANK CHANGE

DESCRIPTION:

      Add a buffer tank in the fire main system.
      Light indication in galley area to alert staff of water tank low status.
      Delete drop pump and 100' hose, breaker and wire.
          Pump 1 h.p. ............ $   820.00
          Hose ........................ $   720.00
          Electrical.................. $ 1,380.00

COST:

      Total cost of change.................................................$ 5,650.00

SCHEDULE IMPACT:

      This change adds (time to approve drawings from A.B.S. And  U.S.C.G. only) days to the
contractual delivery date.  The new delivery date is _____.

NOTES:     Payment is due on approval by Customer.

Customer Signature:              Builder Signature:

_____     _____
Michael J. Debaillon               Wannan W. Bosarge, Jr.
MORENO ENERGY, INC.            BOCONCO, INC.



## CHANGE ORDER

Hull:  128

Change Order:  10

Date:  29 Dec. 2008

Customer:  MORENO ENERGY, INC.

### GUARD RAIL, SLING & RIGGING STORAGE CHANGE

DESCRIPTION:

Add a guard rail in front of the cabin for protection and sling and rigging storage.

COST:

Total cost of change ................................................$ 12,600.00

SCHEDULE IMPACT:

This change adds (time to approve drawings from A.B.S. And  U.S.C.G. only) days to the contractual delivery date.  The new delivery date is _____.

NOTES:      Payment is due on approval by Customer.

Customer Signature:                          Builder Signature:

_____                  _____
Michael J. Debaillon                           Wannan W. Bosarge, Jr.
MORENO ENERGY, INC.                       BOCONCO, INC.



**BOCONCO**
INCORPORATED

## CHANGE ORDER

Hull:  128

Change Order:  11

Date:  29 Dec. 2008

Customer:  MORENO ENERGY, INC.

### LOUNGE CONVERSION CHANGE

DESCRIPTION:

Convert the lounge on the 02 level to a bunk room. Added decks, bunks (6) bunk lights, lockers, door the head, Mattresses, added 6 life jackets to total.

COST:

Total cost of change ...............................................$16,200.00

SCHEDULE IMPACT:

This change adds (time to approve drawings from A.B.S. And U.S.C.G. Only) days to the contractual delivery date.  The new delivery date is _____.

NOTES:       Payment is due on approval by Customer.

Customer Signature:                          Builder Signature:

_____          _____
Michael J. Debaillon                         Wannan W. Bosarge, Jr.
MORENO ENERGY, INC.                    BOCONCO, INC.



## CHANGE ORDER

Hull: 128

Change Order: 12

Date: 29 Dec. 2008

Customer: MORENO ENERGY, INC.

### PILOT HOUSE HEAD CHANGE

DESCRIPTION:

    Add a shower in the pilot house head.

COST:

    Total cost of change ................................................$ 8,250.00

SCHEDULE IMPACT:

    This change adds (time to approve drawings from A.B.S. And  U.S.C.G. only) days to the contractual delivery date.  The new delivery date is _____.

NOTES:    Payment is due on approval by Customer.

Customer Signature:                    Builder Signature:

_____    _____
Michael J. Debaillon                      Wannan W. Bosarge, Jr.
MORENO ENERGY, INC.                BOCONCO, INC.



# CHANGE ORDER

Hull:  128

Change Order:  13

Date:  29 Dec. 2008

Customer:  MORENO ENERGY, INC.

## BALLAST TANK CONVERSION CHANGE

DESCRIPTION:

Convert the aft ballast tanks to black and grey water tanks.

COST:

Total cost of change ..............................................$ 62,400.00
Add Sump Pump, Piping and Electrical Support
Add Masserator Pump, Piping and Electrical Support

SCHEDULE IMPACT:

This change adds (time to approve drawings from A.B.S. And  U.S.C.G. only) days to the
contractual delivery date.  The new delivery date is _____.

NOTES:      Payment is due on approval by Customer.

Customer Signature:                          Builder Signature:

_____          _____
Michael J. Debaillon                            Wannan W. Bosarge, Jr.
MORENO ENERGY, INC.                        BOCONCO, INC.



# CHANGE ORDER

Hull:  128

Change Order:  14

Date:  29 Dec. 2008

Customer:  MORENO ENERGY, INC.

## ZERO DISCHARGE TANKS CHANGE

### DESCRIPTION:

Add zero discharge tanks to the vessel.

### COST:

Total cost of change ................................................$ 4,200.00

### SCHEDULE IMPACT:

This change adds (time to approve drawings from A.B.S. And U.S.C.G. Only) days to the contractual delivery date.  The new delivery date is _____.

NOTES:    Payment is due on approval by Customer.

Customer Signature:                          Builder Signature:

_____               _____
Michael J. Debaillon                        Wannan W. Bosarge, Jr.
MORENO ENERGY, INC.                         BOCONCO, INC.



# CHANGE ORDER

Hull: 128

Change Order: 15

Date: 29, Dec 2008

Customer: MORENO ENERGY, INC.

## GALLEY DOOR ADDITION

DESCRIPTION:

Add galley door between steam tables for food service.

COST:

Total cost of change ................................................$ 5,032.21

SCHEDULE IMPACT:

This change adds (time to approve drawings from A.B.S. And U.S.C.G. only) days to the contractual delivery date. The new delivery date is _____.

NOTES: Payment is due on approval by Customer.

Customer Signature:

Builder Signature:

_____
Michael J. Debaillon
MORENO ENERGY, INC.

_____
Wannan W. Bosarge, Jr.
BOCONCO, INC.



# CHANGE ORDER

Hull:  128

Change Order:  16

Date: 29, Dec  2008

Customer:  MORENO ENERGY, INC.

## WALK WAY AROUND TOWER

DESCRIPTION:

    Add walk way around towers fwd with ladders.

COST:

    Total cost of change..............................................$ 30,965.00

SCHEDULE IMPACT:

    This change adds (time to approve drawings from A.B.S. And  U.S.C.G. only) days to the contractual delivery date.  The new delivery date is _____.

NOTES:    Payment is due on approval by Customer.

Customer Signature:                  Builder Signature:

_____      _____

Michael J. Debaillon                  Wannan W. Bosarge, Jr.

MORENO ENERGY, INC.              BOCONCO, INC.



## CHANGE ORDER

Hull:  128

Change Order:  17

Date:  29, Dec  2008

Customer:  MORENO ENERGY, INC.

### MAIN PANEL CHANGE

DESCRIPTION:

Change main panel from support of 175 K.W. Generators to 300 K.W. Generator support this is for the main panel only.

COST:

Total cost of change ............................................$ 110,000.00

SCHEDULE IMPACT:

This change adds (time to approve drawings from A.B.S. And  U.S.C.G. only) days to the contractual delivery date.  The new delivery date is _____.

NOTES:      Payment is due on approval by Customer.

Customer Signature:                          Builder Signature:

_____          _____
Michael J. Debaillon                          Wannan W. Bosarge, Jr.
MORENO ENERGY, INC.                    BOCONCO, INC.



**BOCONCO**

INCORPORATED

# CHANGE ORDER

Hull: 128

Change Order: 18

Date: 29, Dec 2008

Customer: MORENO ENERGY, INC.

## REMOVAL AND REPLACEMENT OF GENERATORS CHANGE

DESCRIPTION:

Change main generators from 175 K.W. To 300 K.W. Customer supplied the 300 K.W. Generators.
Remove and replacement of: Cooling pipes, Ballast pumps, Air lines, Exhaust Connections, Cut and remove stairway, Cut Bulkhead, and install movement lugs.

COST:

Total cost of change ...............................................$ 31,680.00

SCHEDULE IMPACT:

This change adds (time to approve drawings from A.B.S. And U.S.C.G. only) days to the contractual delivery date. The new delivery date is _____.

NOTES:   Payment is due on approval by Customer.

Customer Signature:

Builder Signature:

_____        _____
Michael J. Debaillon                          Wannan W. Bosarge, Jr.
MORENO ENERGY, INC.                  BOCONCO, INC.



**BOCONCO**

INCORPORATED

# CHANGE ORDER

Hull:  128

Change Order:  19

Date: 29, Dec  2008

Customer:  MORENO ENERGY, INC.

## WATER MAKER SIZE CHANGE

DESCRIPTION:

Change water maker size and number of units from one (1) to two (2) units.

COST:

Total cost of change .............................................$ 13,281.60

SCHEDULE IMPACT:

This change adds (time to approve drawings from A.B.S. And  U.S.C.G. only) days to the
contractual delivery date.  The new delivery date is _____.

NOTES:      Payment is due on approval by Customer.

Customer Signature:                           Builder Signature:

_____            _____
Michael J. Debaillon                          Wannan W. Bosarge, Jr.
MORENO ENERGY, INC.                           BOCONCO, INC.



# CHANGE ORDER

Hull:  128

Change Order:  21

Date:  29, Dec  2008

Customer:  MORENO ENERGY, INC.

## DIRTY OIL PUMP CHANGE

### DESCRIPTION:

Add dirty oil pump to vessels bilge system.
Pipe from dirty oil tank to unit with deck discharge, electrical, and to holding tank.

### COST:

Total cost of change ..............................................$ 11,653.00

### SCHEDULE IMPACT:

This change adds (time to approve drawings from A.B.S. And  U.S.C.G. only) days to the
contractual delivery date.  The new delivery date is _____.

NOTES:     Payment is due on approval by Customer.

Customer Signature:                         Builder Signature:

_____          _____
Michael J. Debaillon                       Wannan W. Bosarge, Jr.
MORENO ENERGY, INC.                        BOCONCO, INC.



# CHANGE ORDER

Hull:  128

Change Order:  22

Date:  29, Dec  2008

Customer:  MORENO ENERGY, INC.

## ADDITIONAL STEAM TABLE CHANGE

### DESCRIPTION:

Add steam table in mess area. Moved A/C vent ducting and lights, move units from wall
to off wall, move wiring, added drink cooler and built-in trash container.
Mounting to deck.

### COST:

Total cost of change ..............................................$ 16,872.00

### SCHEDULE IMPACT:

This change adds (time to approve drawings from A.B.S. And  U.S.C.G. only) days to the
contractual delivery date.  The new delivery date is _____.

### NOTES:      Payment is due on approval by Customer.

Customer Signature:                          Builder Signature:

_____          _____
Michael J. Debaillon                         Wannan W. Bosarge, Jr.
MORENO ENERGY, INC.                          BOCONCO, INC.



# CHANGE ORDER

Hull:  128

Change Order:  23

Date: 29, Dec  2008

Customer:  MORENO ENERGY, INC.

## GENERAL VESSEL EQUIPMENT CHANGE

### DESCRIPTION:

| | |
|---|---|
| Flood lights ..................Including wiring and switches ......................................(6) | $ 8,000.00 |
| Deck Tie Downs .........14 weld on @ 182.00 ea. And 11 insert @ 475.00 ea ...... | $ 7,773.00 |
| Water Heater ................... 1 (40 gal.) ...........Including wiring and switches ....... | $ 1,135.00 |
| Washer and Dryer..........................................Including wiring and switches ....... | $ 4,180.00 |
| Additional Fuel Station.......................................................................................... | $ 1,850.00 |
| Change Name................................................................................................................ | $ 4,800.00 |
| Garbage Compactor...................................................................................................... | $ 3,485.00 |
| Pressure Washer............................................................................................................ | $ 2,340.00 |
| Move Cleats................................................................................................................... | $   220.00 |
| Add decks inside crane tubes w/manholes................................................................... | $ 7,600.00 |

### COST:

Total cost of change ...............................................$ 41,383.00

### SCHEDULE IMPACT:

This change adds (time to approve drawings from A.B.S. And  U.S.C.G. only) days to the contractual delivery date.  The new delivery date is _____.

NOTES:     Payment is due on approval by Customer.

Customer Signature:                              Builder Signature

_____                    _____
Michael J. Debaillon                           Wannan W. Bosarge, Jr.
MORENO ENERGY, INC.                            BOCONCO, INC.



**BOCONCO**
INCORPORATED

# CHANGE ORDER

Hull:  129

Change Order:  08

Date:  27 May 2008

Customer:  MORENO ENERGY, INC.

## RADIATOR HEIGHT CHANGE

DESCRIPTION:

Raise the radiators from the main deck to the 01 level. Changed exhaust height and vent
height raised above new radiator level, added complete deck around radiators and hand
railing. Removed and replaced (2) radiators from system. Changed penetrations from
main deck level to new heights.

COST:

Total cost of change ...............................................$ 48,927.00

SCHEDULE IMPACT:

This change adds (time to approve drawings from A.B.S. And  U.S.C.G. only) days to the
contractual delivery date.  The new delivery date is _____.

NOTES:      Payment is due on approval by Customer.

Customer Signature:                              Builder Signature:

_____              _____
Michael J. Debaillon                                    Wannan W. Bosarge, Jr.
MORENO ENERGY, INC.                            BOCONCO, INC.



**BOCONCO**

INCORPORATED

# CHANGE ORDER

Hull:  129

Change Order:  09

Date:  29, Dec  2008

Customer:  MORENO ENERGY, INC.

## WATER MAKER BUFFER TANK CHANGE

DESCRIPTION:

    Add a buffer tank in the fire main system.
    Light indication in galley area to alert staff of water tank low status.
    Delete drop pump and 100' hose, breaker and wire.
        Pump 1 h.p.  ............. $   820.00
        Hose ......................... $   720.00
        Electrical................... $ 1,380.00

COST:

    Total cost of change ................................$ 5,650.00

SCHEDULE IMPACT:

    This change adds (time to approve drawings from A.B.S. And  U.S.C.G. only) days to the
contractual delivery date.  The new delivery date is _____.

NOTES:      Payment is due on approval by Customer.


Customer Signature:                              Builder Signature:


_____              _____
Michael J. Debaillon                             Wannan W. Bosarge, Jr.
MORENO ENERGY, INC.                              BOCONCO, INC.



## CHANGE ORDER

Hull:  129

Change Order:  10

Date:  29 Dec. 2008

Customer:  MORENO ENERGY, INC.

### GUARD RAIL, SLING & RIGGING STORAGE CHANGE

DESCRIPTION:

Add a guard rail in front of the cabin for protection and sling and rigging storage.

COST:

Total cost of change ...............................................$ 12,600.00

SCHEDULE IMPACT:

This change adds (time to approve drawings from A.B.S. And  U.S.C.G. only) days to the contractual delivery date.  The new delivery date is _____.

NOTES:     Payment is due on approval by Customer.

Customer Signature:                                   Builder Signature:

_____             _____
Michael J. Debaillon                              Wannan W. Bosarge, Jr.
MORENO ENERGY, INC.                        BOCONCO, INC.



**BOCONCO**
INCORPORATED

# CHANGE ORDER

Hull:  129

Change Order:  11

Date:  29 Dec. 2008

Customer:  MORENO ENERGY, INC.

## LOUNGE CONVERSION CHANGE

DESCRIPTION:

Convert the lounge on the 02 level to a bunk room. Added decks, bunks (6) bunk lights, lockers, door the head, Mattresses, added 6 life jackets to total.

COST:

Total cost of change ............................................... $16,200.00

SCHEDULE IMPACT:

This change adds (time to approve drawings from A.B.S. And  U.S.C.G. Only) days to the contractual delivery date.  The new delivery date is _____ .

NOTES:      Payment is due on approval by Customer.

Customer Signature:                          Builder Signature:

_____          _____
Michael J. Debaillon                                     Wannan W. Bosarge, Jr.
MORENO ENERGY, INC.                              BOCONCO, INC.



**BOCONCO**

INCORPORATED

# CHANGE ORDER

Hull:  129

Change Order:  12

Date:  29 Dec. 2008

Customer:  MORENO ENERGY, INC.

## PILOT HOUSE HEAD CHANGE

DESCRIPTION:

Add a shower in the pilot house head.

COST:

Total cost of change .................................................$ 8,250.00

SCHEDULE IMPACT:

This change adds (time to approve drawings from A.B.S. And  U.S.C.G. only) days to the contractual delivery date.  The new delivery date is _____.

NOTES:      Payment is due on approval by Customer.

Customer Signature:                          Builder Signature:

_____        _____
Michael J. Debaillon                     Wannan W. Bosarge, Jr.
MORENO ENERGY, INC.                      BOCONCO, INC.



# CHANGE ORDER

Hull:  129

Change Order:  13

Date:  29 Dec. 2008

Customer:  MORENO ENERGY, INC.

## BALLAST TANK CONVERSION CHANGE

### DESCRIPTION:

Convert the aft ballast tanks to black and grey water tanks.

### COST:

Total cost of change ..............................................$ 62,400.00
Add Sump Pump, Piping and Electrical Support
Add Masserator Pump, Piping and Electrical Support

### SCHEDULE IMPACT:

This change adds (time to approve drawings from A.B.S. And  U.S.C.G. only) days to the
contractual delivery date.  The new delivery date is _____.

NOTES:     Payment is due on approval by Customer.

Customer Signature:                          Builder Signature:

_____        _____
Michael J. Debaillon                      Wannan W. Bosarge, Jr.
MORENO ENERGY, INC.                       BOCONCO, INC.



# CHANGE ORDER

Hull: 129

Change Order: 14

Date: 29 Dec. 2008

Customer: MORENO ENERGY, INC.

## ZERO DISCHARGE TANKS CHANGE

DESCRIPTION:

Add zero discharge tanks to the vessel.

COST:

Total cost of change................................................$ 4,200.00

SCHEDULE IMPACT:

This change adds (time to approve drawings from A.B.S. And U.S.C.G. Only) days to the contractual delivery date. The new delivery date is _____.

NOTES:     Payment is due on approval by Customer.

Customer Signature:                          Builder Signature:

_____                    _____
Michael J. Debaillon                         Wannan W. Bosarge, Jr.
MORENO ENERGY, INC.                          BOCONCO, INC.



# CHANGE ORDER

Hull: 129

Change Order: 15

Date: 29, Dec 2008

Customer: MORENO ENERGY, INC.

## GALLEY DOOR ADDITION

DESCRIPTION:

Add galley door between steam tables for food service.

COST:

Total cost of change................................................$ 5,032.21

SCHEDULE IMPACT:

This change adds (time to approve drawings from A.B.S. And U.S.C.G. only) days to the contractual delivery date. The new delivery date is _____.

NOTES:     Payment is due on approval by Customer.

Customer Signature:                          Builder Signature:

_____          _____
Michael J. Debaillon                          Wannan W. Bosarge, Jr.
MORENO ENERGY, INC.                          BOCONCO, INC.



## CHANGE ORDER

Hull:  129

Change Order:  16

Date:  29, Dec  2008

Customer:  MORENO ENERGY, INC.

### WALK WAY AROUND TOWER

DESCRIPTION:

    Add walk way around towers fwd with ladders.

COST:

    Total cost of change ..............................................$ 30,965.00

SCHEDULE IMPACT:

    This change adds (time to approve drawings from A.B.S. And  U.S.C.G. only) days to the contractual delivery date.  The new delivery date is _____.

NOTES:    Payment is due on approval by Customer.

Customer Signature:                    Builder Signature:

_____      _____
Michael J. Debaillon                       Wannan W. Bosarge, Jr.
MORENO ENERGY, INC.                 BOCONCO, INC.



# CHANGE ORDER

Hull:  129

Change Order:  17

Date:  29, Dec  2008

Customer:  MORENO ENERGY, INC.

## MAIN PANEL CHANGE

DESCRIPTION:

Change main panel from support of 175 K.W. Generators to 300 K.W. Generator support this is for the main panel only.

COST:

Total cost of change............................................$ 110,000.00

SCHEDULE IMPACT:

This change adds (time to approve drawings from A.B.S. And  U.S.C.G. only) days to the contractual delivery date.  The new delivery date is _____.

NOTES:      Payment is due on approval by Customer.

Customer Signature:                              Builder Signature:


_____                    _____
Michael J. Debaillon                             Wannan W. Bosarge, Jr.
MORENO ENERGY, INC.                              BOCONCO, INC.



**BOCONCO**
INCORPORATED

# CHANGE ORDER

Hull:  129

Change Order:  18

Date:  29, Dec  2008

Customer:  MORENO ENERGY, INC.

## REMOVAL AND REPLACEMENT OF GENERATORS CHANGE

DESCRIPTION:

> Change main  generators from 175 K.W. To 300 K.W. Customer supplied the 300 K.W.
> Generators.
> Remove and replacement of: Cooling pipes, Ballast pumps, Air lines, Exhaust
> Connections, Cut and remove stairway, Cut Bulkhead, and install movement lugs.

COST:

> Total cost of change .............................................. $ 31,680.00

SCHEDULE IMPACT:

> This change adds (time to approve drawings from A.B.S. And  U.S.C.G. only) days to the
> contractual delivery date.  The new delivery date is _____.

NOTES:       Payment is due on approval by Customer.

Customer Signature:                           Builder Signature:

_____            _____
Michael J. Debaillon                         Wannan W. Bosarge, Jr.
MORENO ENERGY, INC.                          BOCONCO, INC.



## CHANGE ORDER

Hull: 129

Change Order: 19

Date: 29, Dec 2008

Customer: MORENO ENERGY, INC.

### WATER MAKER SIZE CHANGE

DESCRIPTION:

Change water maker size and number of units from one (1) to two (2) units.

COST:

Total cost of change ..............................................$ 13,281.60

SCHEDULE IMPACT:

This change adds (time to approve drawings from A.B.S. And U.S.C.G. only) days to the contractual delivery date. The new delivery date is _____.

NOTES:   Payment is due on approval by Customer.

Customer Signature:                    Builder Signature:

_____        _____
Michael J. Debaillon                     Wannan W. Bosarge, Jr.
MORENO ENERGY, INC.                      BOCONCO, INC.



# CHANGE ORDER

Hull: 129

Change Order: 21

Date: 29, Dec 2008

Customer: MORENO ENERGY, INC.

## DIRTY OIL PUMP CHANGE

DESCRIPTION:

    Add dirty oil pump to vessels bilge system.
    Pipe from dirty oil tank to unit with deck discharge, electrical, and to holding tank.

COST:

    Total cost of change ..............................................$ 11,653.00

SCHEDULE IMPACT:

    This change adds (time to approve drawings from A.B.S. And U.S.C.G. only) days to the
contractual delivery date. The new delivery date is _____.

NOTES:    Payment is due on approval by Customer.

Customer Signature:                  Builder Signature:

_____      _____
Michael J. Debaillon                Wannan W. Bosarge, Jr.
MORENO ENERGY, INC.           BOCONCO, INC.



**BOCONCO**

INCORPORATED

# CHANGE ORDER

Hull:  129

Change Order:  22

Date:  29, Dec  2008

Customer:  MORENO ENERGY, INC.

## ADDITIONAL STEAM TABLE CHANGE

DESCRIPTION:

Add steam table in mess area. Moved A/C vent ducting and lights, move units from wall to off wall, move wiring, added drink cooler and built-in trash container. Mounting to deck.

COST:

Total cost of change .............................................$ 16,872.00

SCHEDULE IMPACT:

This change adds (time to approve drawings from A.B.S. And  U.S.C.G. only) days to the contractual delivery date.  The new delivery date is _____.

NOTES:      Payment is due on approval by Customer.

Customer Signature:                          Builder Signature:

_____          _____
Michael J. Debaillon                               Wannan W. Bosarge, Jr.
MORENO ENERGY, INC.                           BOCONCO, INC.


**BOCONCO**
INCORPORATED

## CHANGE ORDER

Hull:  129

Change Order:  23

Date:  29, Dec  2008

Customer:  MORENO ENERGY, INC.

### GENERAL VESSEL EQUIPMENT CHANGE

DESCRIPTION:

| | |
|---|---|
| Flood lights .................Including wiring and switches ......................................(6) | $ 8,000.00 |
| Deck Tie Downs .........14 weld on @ 182.00 ea. And 11 insert @ 475.00 ea ...... | $ 7,773.00 |
| Water Heater ................... 1 (40 gal.) ...........Including wiring and switches ....... | $ 1,135.00 |
| Washer and Dryer............................................Including wiring and switches ....... | $ 4,180.00 |
| Additional Fuel Station.................................................................................... | $ 1,850.00 |
| Change Name.................................................................................................... | $ 4,800.00 |
| Garbage Compactor........................................................................................... | $ 3,485.00 |
| Pressure Washer................................................................................................ | $ 2,340.00 |
| Move Cleats....................................................................................................... | $   220.00 |
| Add decks inside crane tubes w/manholes........................................................ | $ 7,600.00 |

COST:

Total cost of change .............................................$  41,383.00

SCHEDULE IMPACT:

This change adds (time to approve drawings from A.B.S. And  U.S.C.G. only) days to the
contractual delivery date.  The new delivery date is _____-

NOTES:      Payment is due on approval by Customer.

Customer Signature:                        Builder Signature

_____        _____
Michael J. Debaillon                          Wannan W. Bosarge, Jr.
MORENO ENERGY, INC.                        BOCONCO, INC.