IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| SUPERIOR ENERGY SERVICES, LLC, ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION 09-00321-KD-C |
| ) | |
| BOCONCO, INC., ) | |
|     Defendant. ) | |

**ORDER**

This matter is before the Court on a review of the record and the parties' Joint Pretrial Document (Doc. 95). The Court has reviewed the Joint Pretrial Document and has determined that a Final Pretrial Conference is not necessary. Accordingly, it is **ORDERED** that the Final Pretrial Conference scheduled for March 3, 2011 is **CANCELLED.**

The non-jury **Trial** of this matter is set for **March 23-24, 2011,** in the United States Courthouse in Mobile, Alabama, commencing daily at **8:30 a.m.**

**DONE** and **ORDERED** this the **2nd** day of **March 2011.**

    /s/ Kristi K. DuBose
    **KRISTI K. DuBOSE**
    **UNITED STATES DISTRICT JUDGE**